UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:16-00048 |
| VERSUS | * | JUDGE WALTER |
| LOUIS ACKAL (01)<br>GERALD SAVOY (02)<br>MARK FREDERICK (03) | * | MAGISTRATE JUDGE HANNA |

## MINUTES OF STATUS CONFERENCE

A status conference was held on September 2, 2016 before Judge Walter and the undersigned Magistrate Judge. John S. McLindon, representing Louis Ackal, Randal P. McCann, representing Gerald Savoy, Frank Granger, representing Mark Frederick, and AUSA Joseph G. Jarzabek attended in person in chambers, and AUSAs Mark Blumberg, and Tona Boyd attended by telephone.[1]

The Jury Trial will commence on October 31, 2016 at a location to be determined.

The deadline for the filing of Rule 404(b) Motions and Motions in *Limine* is September 16, 2016. Opposition may be filed no later than September 23, 2016.

A status conference with all counsel will be held on Friday, September 16, 2016 at 3:00 p.m. by telephone on this Court's conference line.

---

[1] Statistical time: 35 minutes.

2

A separate Order shall issue.

    Signed at Lafayette, Louisiana September 2, 2016.

                                      _____
                                      **PATRICK J. HANNA**
                                      **UNITED STATES MAGISTRATE JUDGE**