**IPSO – Narcotics Division**

Iberia Parish Sheriff's Office
300 Iberia St., Suite 120
New Iberia, LA 70560

Phone (337) 367-1008
Fax    (337) 365-7337

# Supplemental Report

Case #   C-11488-14

On March 14, 2014, I Agent David Hines was off duty and was at my residence when I received a phone call from LT. Bret Broussard. Lt. Broussard asked that I go to the Sheriff's Office and speak with Ronald Ackal.

Upon my arrival to the Sheriff's Office, I made contact with Detective Scott Hotart and Ronald Ackal. Det. Hotard advised me that he was investigating a Battery complaint where Ronald Ackal was the victim. Det Hotard advised that the suspect, Ray Trosclair was currently living with Ronald Ackal and was possibly using narcotics. Det. Hotard advised that Ronald Ackal was willing to provide written consent for me to search the residence, located at [redacted] At that time I spoke with Ronald Ackal and asked if he was willing to sign a written consent form for me to search his residence. Ronald Ackal stated that he was scared that Trosclair had possibly placed narcotics in his room and wanted me to make sure he hadn't. Ronald Ackal expressed concern that Trosclair had stolen some of his medication. I then provided Ronald Ackal with a written consent form to search his residence to which he signed stating that I could. I then left the Sheriff's Office accompanied by Sgt. Ben Lassalle (who was assisting in the investigation) and went to [redacted] it should be noted that Det. Hotard advised that Trosclair was possibly going to be in the residence. Det Hotard also advised that he was in the process of getting an arrest warrant signed for Trosclair for two counts of Second Degree Battery.

Upon our arrival to the above mentioned address, Sgt. Lassalle and I knocked on the front door o[redacted]Upon not hearing any response from anyone inside the residence we entered through the unlocked front door. Upon entering the residence we made sure there were no other persons in the residence and verified that Ronald Ackal's medication

GOVERNMENT
EXHIBIT
36

was where it should be and that Trosclair had not placed any narcotics in Ronald Ackal's room.

Sgt. Lassalle and I then went to the upstairs apartment to see if the occupants had seen Trosclair. Upon reaching the upstairs apartment ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, I was met by a female, Later identified as Shanie Decuir. Upon seeing Decuir I immediately observed her to be trembling and breathing heavily. Without me asked her anything Decuir immediately stated "He is in the bathroom". I asked Decuir who was in the bathroom and she replied "the man yall are looking for". Decuir then stated "I asked him to leave but he told me he wouldn't." . At that time I approached the bathroom and gave a command for the person to come out. A short time later a male later identified as Ray Trosclair exited the bathroom and stood in the hallway. Upon seeing it was Trosclair I advised him to turn around and place his hand on his head. Trosclair refused to obey my command and instead took an aggressive fighting stance. At that time I approached Trosclair, grabbed him by the wrist, and conducted a "Leg Sweep" causing both him and I to fall on the ground. Once on the ground Trosclair began to violently thrash his body, striking me in the leg with his knee and in my arm with his elbow. While Trosclair was doing this I began to give loud verbal commands for him to stop resisting. Trosclair refused to obey my commands. At one point Trosclair attempted to place his hands in his shorts pocket. Fearing that Trosclair was in possession of a weapon, I deployed my expandable baton and began striking Trosclair on his thigh. A short time later Sgt. Lassalle and I were able to gain compliance from Trosclair, remove his hands from his pocket and place him in handcuffs. Upon placing Trosclair in handcuffs, I advised him of his rights as per Miranda. Trosclair advised he understood his rights and would speak with me without a lawyer present. Trosclair was escorted out of the apartment and was later transported by a patrol vehicle to the Iberia Parish Sheriff's Office Patrol Center.

I then went back to Apt H and spoke with Decuir. I asked Decuir what had happened prior to my arrival. Decuir stated she and Trosclair was in her apartment when they heard a vehicle pull into the parking lot. Decuir stated she looked outside the window and observed me getting out of my vehicle. Decuir stated she told Trosclair that it was the Sheriff's Office. Decuir stated that upon telling Trosclair this he told her "don't tell them I'm here, I'm going hide in the bathroom". Decuir stated she told Trosclair he had to leave. Decuir stated Trosclair got in her face and said "I'm not leaving" and started walking to the bathroom. Decuir stated she was fearful that Trosclair was going to hurt her.

I asked Decuir if she wanted to press charges against Trosclair for not leaving when she asked him to. Decuir stated she wanted to press charges against Trosclair.

I later arrested Trosclair for violating Louisiana Revised Statue 14:108.2 (Resisting an Officer by Force), 14:34.2 (Battery on an Officer), and 14:63.3 (Remaining where Forbidden). Det Hotard also arrested Trosclair for violating Louisiana Revised Statue

14:34.1 (Second Degree Battery). Trosclair was later transported to the Iberia Parish Jail for booking.

AGENT DAVID HINES
IBERIA PARISH SHERIFF'S OFFICE
NARCOTICS DIVISION