| LSU Hospitals Write legibly | **Offender Collaborative Care Communication Form** **Summary of Care and Recommend** To be completed on all offender LSU Health System visits in ad medical record. Place a copy in the medical record Guard is to take this completed form to their facility. Do n offender of follow up dates or times. | PT# _____ OZENNE, CURTIS | 05/01/11 2 / M 31 J EMG |

All follow up requests are reviewed for effectiveness and are to be scheduled by either the CPSO or the hospital's scheduling office.

LSU HCSD Clinic/Specialty: _____  OFFENDER FACILITY (REQUIRED): _____

**EVALUATION**  *This section is for LSU Provider's Use Only*

Reason for Specialty Consult/Visit: altercation in prison

Pertinent History and Physical Exam: moderate swelling / ecchymosis to (L) arm, hip & leg, (R) leg

Pertinent Study Results: neg xrays of (L) humerus, (L) FA, (L) knee, (L) tib/fib, (R) femur

Medical Decision Making and Treatment Provided: N/A

Impression: Altercation, multiple contusions

**RECOMMENDATIONS/PLAN**  *This section is for LSU Provider's Use Only*

Note that you are making recommendations to medical personnel at the Offender's facility who will care for the patient.

Recommended Medications: All pain management will be prescribed by the offender's facility. DO NOT prescribe pain medication:
tylenol or ibuprofen for pain

Recommended Treatment: followup with prison MD as needed

Recommended Tests/Studies: _____  Indication: _____

☑ Specialty follow up is **not** needed. Medical personnel at the offender's facility can provide care for the patient.

☐ Specialty follow up **may be/is** needed for: _____
   (circle one)

In **less/greater** than 2 weeks at: clinic: _____  hospital: _____
   (circle one)                    Telemedicine will be scheduled if appropriate and available.

LSU PROVIDERS: Do not schedule offender follow-up. The offender's healthcare provider at their facility must request ALL follow-up, if needed.

LSU Provider's Signature: _R Bush_   Print Name: Rene Bush NP
ID Number: _____   Today's Date: 5/1/11   Time: 1824

If follow up is needed, **THIS SECTION MUST BE COMPLETED BY JAIL / PRISON:**
For Eceptionist users: Complete this bottom section and fax with barcode cover page to 504-568-3360.
Fax users, fax to hospital fax numbers: Bogalusa Medical Center 504-680-0711   Earl K Long 504-680-0712   ILH/MCL (New Orleans) 504-680-0262
Lallie A Kemp 504-680-0713   Leonard J Chabert 504-680-0714   University MC (Lafayette) 504-680-0715   William O Moss 504-680-0716

→ A follow up consult is requested because: _____
→ List completed tests/studies/treatments and results: _____
Prison Provider's Signature: _____   Print Name: _____   Date: _____
Offender Facility: _____   Anticipated release date is **less/greater** than 3 months.
                                                            (circle one)

4/04/2011 HCSD ICF 926

GOVERNMENT EXHIBIT 41

041-001

US-000085