# IBERIA PARISH JAIL
# MEDICAL REQUEST FORM

This form is to be used to request to be seen at sick call. You **must** state the specific nature of your medical problem on this form or you will not be seen. This form is to be turned in to the nurse on regular medication rounds.

RECEIVED MAY 0 1

DATE OF BIRTH ▓▓▓▓▓▓▓

NAME: Curtis Ozenne   POD K-4   DATE 4-30-2011
List Any Allergies or State None: None

Detailed Explanation: My Arm is broken, my knee is swolen from getting hit with a knight stick by NACOTIC Agent Jason Comeaux, and my lip is busted from getting kicked in the mouth. I can't move my fingers in my left arm, neither bend or twist my arm. It's broken. I have bruises on both legs, my upper arm (left) my rib cage are bruise and swollen, and I have a knot on the top of my head from getting hit with a night stick, billy club, or batons. I'm coughing up blood.

INMATE SIGNATURE: Curtis Ozenne #00732.8
DATE: 4-30-2011

~~~~~STAFF USE ONLY~~~~~
COMMENTS: 5/1/11 seen refer to NP Lim

**GOVERNMENT EXHIBIT 43**

043-001