## PROGRESS NOTES

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|---|---|
| 5-23-11<br>T 97.6°<br>P - 76<br>Wt - 97/0<br>BP 36/100 | Bruised Rt thigh + Lt lower ribs. This occurred when he was roughed up during arrest by Sheriff's dept. 4-29-11. Hurting ever since.<br><br>P.E. Mild Tenderness to palpation Lt. flank. No bruising or swelling.<br>Rt. Mild swelling + slight induration lateral aspect Rt upper thigh. Good ROM Hip + Knee joint.<br><br>Imp: ① Resolving contusion Rt upper thigh + Lt Flank<br><br>Rx. Dipstick - U/A.<br>IBP 600g bid x 5 days.<br><br>— [signature] M.D. |

**GOVERNMENT EXHIBIT 44**

Doctor's Signature: _____

Daye, Anthony    Dr. Bujard

PROGRESS NOTES

044-001

Name: Daye, Antho[ny]   D#: [redacted]   Allergies: NKA   Date: 4-30-11
EHS
Revised 04/10

## Urinary Tract Symptoms

**Subjective:**
Onset of Symptoms: last night - (L) rib & (R) leg buttocks - bruises & urinating bl[ood]
Symptoms:
- ☐ Itching  ☐ burning  ☐ ulcers  ☐ New  ☐ Chronic
- ☐ broken skin  ☐ Pain Scale (1-10) ____
- ☒ Painful urination  ☐ Increased frequency in Urination  ☒ Change in Urine Color  ☐ Recent Antibiotic Therapy
- ☐ Discharge: Color ____  ☐ Foul Odor   clms blood
- ☐ Other: ____

History of STD: ____   Date of Last Sexual Contact: ____   Date of LMP: ____

Pain scale faces: 0  2  4  6  8  10

**Objective:**
Vital Signs: Temp ___ Pulse ___ Resp ___ B/P ___ Weight ___
Dipstick UA results: see Urine Dip Result Sheet
Urine: ☐ Clear  ☐ Cloudy  ☐ Hematuria  ☐ Malodorous
Other: bruising to (L) shoulder & (R) r leg hip area
& scratches  able to MAE

**Assessment & Planning:**
Does the patient have any of the following objective findings present?   **If Yes:** → Contact or Refer to MD/NP/PA
- ☐ Abnormal Results of Urine Dipstick
- ☐ Failure to Improve
- ☐ HIV +

Date & Time Contacted: ____
Person Contacted: ____
- ☐ See T.O.   ☐ See Progress Note
- ☐ No further orders received
- ☐ f/u scheduled for ____

**If NO:** → Educate patient as stated below.

**Education:**
- ☒ Instructions to return if condition worsens or if no improvement
- ☒ Instructed on medication(s), dosage, administration times, and expected outcome of each medication.
- ☒ Patient states understanding
- ☒ Patient states understanding

Naprosyn bid x 7 days -

• Note above med orders have been approved by the physician. No changes in dosage, duration, or medication may be made unless prior approval by the physician has been obtained, i.e. Telephone Order <u>documented</u> in chart.

Medical Staff Member Signature: M. Dixon, LPN   Date: 4-30-11   Time: 1000

044-002

Name: Anthony Daye          ID # _____          Allergies: NKA          Date: 5/16/11
EHS
Revised 04/10

## Miscellaneous

**Subjective:**
Complaint: Was seen for same c/o 4/30/11 c/o Rt. pain from altercation on 4/29/11

Pain scale: 0 2 4 **6** 8 10

**Objective:**
Vital Signs: Temp 96.5  Pulse 80  Resp 16  B/P 160/100  Weight 173
Exam: Rt. ↑ outer thigh is hard c̄ very light bruise

**Assessment Decision:**

Does the patient have any of the following objective findings present?   If **Yes**: → Contact or Refer to MD/NP/PA
Date & Time Contacted: _____
Person Contacted: _____
☐ Abnormal vital signs
☐ Change in mental status         ☐ See T.O.    ☐ See Progress Note
☐ Nausea/Vomiting; Dizziness; Fever>101   ☐ No further orders received
☐ Appears in Acute Distress       ☐ f/u scheduled for _____
☐ Any persistent or progressively worsening symptoms
☐ Any unexplained clinical abnormality

If **NO:** → See Plan as outlined below.

**Plan:**
If none of the above symptoms are present, you may administer the following OTC medications/treatments as previously determined by the physician:
☐ No action indicated at this time – instructed to RTC if symptoms persist or worsen
☑ Refer to Commissary for OTC medications (must not be indigent) _____

☐ With **no** history of back problems or trauma:
   ☐ Acetaminophen (Tylenol) 325mg X 2 po BID X 5 days (caution if pt has anemia, renal disease, or liver disease)
   ♦ instruct that high dosage or chronic use may lead to liver disease
☐ With history of trauma or back problems & no stomach ulcers:
   ☐ Ibuprofen 200mg X 2 po BID X 5 days (caution if patient taking anticoagulants, or hx of stomach ulcers)
   ♦ instruct to take with meals or large amounts of water
☐ Refer to Commissary for OTC medications (must not be indigent)

☐ Bedrest X 48 hours
OR
☐ If chronic or ongoing/continuing problem, bedrest until seen by MD/NP/PA.

☑ Other: Vasotec 20 mg. 1 po. BID   HCTZ 25 mg. 1 po. dly.
refer to Dr. Bujard

**Education:**
☑ Instructions to return if condition worsens or if no improvement          ☑ Patient states understanding
☑ Instructed on medication(s), dosage, administration times, and expected outcome of each medication.   ☑ Patient states understanding

- Note above med orders have been approved by the physician. No changes in dosage, duration, or medication may be made unless prior approval by the physician has been obtained, i.e. Telephone Order documented in chart.

Medical Staff Member Signature: K Lawson          Date: 5/16/11   Time: 0940