**IBERIA PARISH JAIL**
**NEW IBERIA, LA**

**REQUEST TO STAFF MEMBER**

DATE: 4-30-2011

TO: **MEDICAL**
(Name and Title of Officer)

SUBJECT: State completely but briefly the problem on which you desire assistance and what you think should be done.
(Give Details)

RECEIVED MAY 01

Allergies: PCN / Shellfish

On April 29, 2011 During a shake down performed by Jail employees & Street cops of the IMPACT Team, brought me into the chapel and placed me on my knees with my hands behind my head. And they hit me with an aluminum Baton twice on my upper Right thigh. The bruises are in a V shape, and hurt so bad I can barely put any weight on it at all. The effected area is swollen and badly bruised.

NAME & JAIL ID #: Rob E. Spears #024086      POD: K-4

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSTION: Do not write in this space.      DATE: _____

5/1/11 seen - refer to NN -Kem

February 24, 2010 IPJ

**GOVERNMENT EXHIBIT 45**

Officer

045-001