| Date | Notes |
|---|---|
| 5/1/11 | I/M brought to medical perdt. Celestine c̄ go injuries from shakedown on 4/29/11. I/M has X bruise on ↑ Rt. thigh. \ bruise is 15cmL, 3cmW. / bruise is 17cmL x 5cmW. This is only wound visible. I/M denies any other physical injuries, but did state was "emotionally demoralized" by Impact deputy. I/M dms. on 1-10 scale pain is 2 when not being touched, when touched pain is 8. I/M is currently on IBU. Ice pack given — Dawson |
| 11-14-11 | Inmate to medical c̄ symptoms of sinus + cold. Meds started — JRomero RN |
| 5/11/12 | Rebooked. ⊘ meds in possession advised I/m to call family to bring meds. — B.Brown LVN |
| 7/30/12 | I/m c/o toothache, and gum appears red and swollen. I/m assessed @ cell. N.O. ① PCN 500mg ii PO BID x 10 days. ② IBU 800mg PO BID x 10 days. v/o. Dr. Bujard — K Moore LPN |
| 7/31/12 | I/m Allergic to PCN - Δ to Keflex 500mg ii PO bid x 10 days — DR |
| 9/28/12 | I/m to mental health - Returned c̄ new orders — BR |
| 10/1/12 10:20AM | Blood drawn - baseline for mental health — BR |
| 10/3/12 8:10A | Results from Labs faxed to Mental Health — BR |
| 10/5/12 11:00A | Fax from IMH - stated 'OK to start Depakote — BR |
| 10/11/12 1700 | I/M assessed @ cell. Gums swollen + inflamed. N.O. Keflex 500mg cont. |

Doctor's Signature: _____

PROGRESS NOTES

**GOVERNMENT EXHIBIT 47**

047-001