Name: Spears, Scott   ID #: [redacted]   Allergies: PCN, Iodine   Date: 5-12-11
EHS
Revised 04/10

**Subjective:**
Complaint / Miscellaneous: c/o leg pain on R ↑ leg where claims was hit.

Pain scale: 0  2  4  6  8  10

**Objective:**
Vital Signs: Temp ___ Pulse ___ Resp ___ B/P ___ Weight 170
Exam: bruise is dissipating slowly – areas still swollen slightly & tender to touch – ⊖ meds wanted. Clms does feel a little better

**Assessment Decision:**

Does the patient have any of the following objective findings present?  **If Yes:** Contact or Refer to MD/NP/PA
Date & Time Contacted: ___
- ☐ Abnormal vital signs
- ☐ Change in mental status
- ☐ Nausea/Vomiting; Dizziness; Fever>101
- ☐ Appears in Acute Distress
- ☐ Any persistent or progressively worsening symptoms
- ☐ Any unexplained clinical abnormality

Person Contacted: ___
- ☐ See T.O.   ☐ See Progress Note
- ☐ No further orders received
- ☐ f/u scheduled for ___

**If NO:** See Plan as outlined below.

**Plan:**
If none of the above symptoms are present, you may administer the following OTC medications/treatments as previously determined by the physician:
- ☒ No action indicated at this time – instructed to RTC if symptoms persist or worsen
- ☐ Refer to Commissary for OTC medications (must not be indigent)

- ☐ With no history of back problems or trauma:
  - ☐ Acetaminophen (Tylenol) 325mg X 2 po BID X 5 days (caution if pt has anemia, renal disease, or liver disease)
    - ♦ instruct that high dosage or chronic use may lead to liver disease
- ☐ With history of trauma or back problems & no stomach ulcers:
  - ☐ Ibuprofen 200mg X 2 po BID X 5 days (caution if patient taking anticoagulants, or hx of stomach ulcers)
    - ♦ instruct to take with meals or large amounts of water
- ☐ Refer to Commissary for OTC medications (must not be indigent)

- ☐ Bedrest X 48 hours
  OR
- ☐ If chronic or ongoing/continuing problem, bedrest until seen by MD/NP/PA.

- ☐ Other ___

**Education:**
- ☐ Instructions to return if condition worsens or if no improvement
- ☐ Instructed on medication(s), dosage, administration times, and expected outcome of each medication.
- ☐ Patient states understanding
- ☐ Patient states understanding

• Note above med orders have been approved by the physician. No changes in dosage, duration, or medication may be made unless prior approval by the physician has been obtained, i.e. Telephone Order documented in chart.

Medical Staff Member Signature: M. Dixon, LPN   Date: 5-12-11   Time: 1435

GOVERNMENT EXHIBIT 48

048-001