U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV - 7 2017

TONY R. MOORE, CLERK
BY: _____
      DEPUTY

# STONE PIGMAN WALTHER WITTMANN L.L.C.
## COUNSELLORS AT LAW

LESLI D. HARRIS
DIRECT DIAL: (504) 593-0938
DIRECT FAX: (504) 596-0938
E-Mail: lharris@stonepigman.com

909 POYDRAS STREET, SUITE 3150
NEW ORLEANS, LOUISIANA 70112-4042
(504) 581-3200
www.stonepigman.com

OUR FILE NUMBER

25,139

November 6, 2017

**VIA FEDEX**
Clerk of Court
United States District Court for the
Western District of Louisiana
800 Lafayette Street, Suite 2100
Lafayette, Louisiana 70501

Re: United States v. Louis Ackal CR No. 06.16CR-00048

Dear Sir or Madam:

Enclosed please find NBC News' Motion to Intervene and to Access Juror Names, Memorandum in Support of Motion to Intervene and to Access Juror Names and Proposed Order. Please file this into the record of the above-captioned case.

If you have any questions or comments, please do not hesitate to contact me.

With kindest regards, I am,

Sincerely,

Lesli D. Harris

LDH/san
Enclosures

cc:  John S. McLindon
     Walters Papillion et al.

     Alexander C. Van Hook
     U.S. Attorneys Office

1237653v.1